NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ROBERT BOSCH LLC,**
*Plaintiff-Appellant,*

v.

**PYLON MANUFACTUARING CORP.,**
*Defendant-Appellee.*

---

2011-1096

---

Appeal from the United States District Court for the District of Delaware in case no. 08-CV-0542, Judge Sue L. Robinson.

---

**ON MOTION**

---

**O R D E R**

Robert Bosch LLC (Bosch) moves without opposition to deactivate appeal nos. 2011-1117, -1118 or, in the alternative, for dismissal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss appeal nos. 2011-1117, -1118 is granted.

(2) The motion to deactivate those appeals is moot.

(3) Each side shall bear its own costs with regard to appeal nos. 2011-1117, -1118.

(4) The revised official caption is reflected above.

FOR THE COURT

__MAR 0 2 2011__                              /s/ Jan Horbaly
      Date                                Jan Horbaly
                                           Clerk

cc:  James A. Gale, Esq.
     Mark A. Hannemann, Esq.

s20

ISSUED AS A MANDATE (for 2011-1117,-1118 only):

__MAR 0 2 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 02 2011

JAN HORBALY
CLERK